UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RESOVSKY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>        Defendants. | Case No.  16-cv-03082-EMC<br><br>**ORDER TO SHOW CAUSE** |

Defendant Coris Corporation removed the instant case on June 6, 2016, asserting that the Court has jurisdiction under the Class Action Fairness Act (CAFA) of 2005. *See* Docket No. 1 (Not. of Removal) at ¶ 18. Coris Corporation's removal was based on a motion for consolidation filed in Superior Court Case No. RG16814166 (the "*Quinn*" action), which sought to consolidate eight actions for pre-trial purposes and the institution of a bellwether-trial process. *Id.* at ¶ 12. It is unclear that this Court has jurisdiction, as based on the record it does not appear that the cases were consolidated, *see* Docket No. 18 (Mayer Dec.), Exh. A, and it currently seems that only the instant action is before this Court, with only seven plaintiffs named in the First Amended Complaint. Docket No. 16-1.[1]  The parties are to file briefing explaining why the Court has jurisdiction over this case by **Thursday**, **July 21, 2016** at **12:00 p.m. PST**.

**IT IS SO ORDERED**.

Dated: July 18, 2016

_____
EDWARD M. CHEN
United States District Judge

---

[1] The original complaint filed in state court named four plaintiffs.